FILED
NOV 30 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

UNITED STATES COURT OF APPEALS    15 PM 1:28
FOR THE SECOND CIRCUIT

---

ARI WEITZNER, M.D., P.C., Individually and
On Behalf of All Others Similarly Situated,

         *Plaintiff-Appellant*,

  -against-

COMMERCIAL LIGHTING INDUSTRIES, INC.,

         *Defendant-Respondent.*

07-4374-cv

**STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, AND WITH LEAVE TO REACTIVATE**

---

**IT IS HEREBY STIPULATED BY THE PARTIES** that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by Appellant's counsel so notifying the Clerk of this Court in writing 30 days after this Court decides *Bonime v. Avaya, Inc.* ("*Bonime*"), Case No. 07-1136, and *Holster v. Wirtenberg Assoc., Inc.* ("*Holster*"), Case No. 07-2191, or December 29, 2008, whichever comes first, which have been consolidated for argument. If not thus reactivated, the appeal shall be subject to dismissal with prejudice.

Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

CERTIFIED:
12/10/07

IT IS HEREBY FURTHER STIPULATED BY THE PARTIES that: (1) in the event that this Court reverses *Bonime/Holster*, Appellees will consent to a remand to the District Court; and (2) in the event that the Second Circuit affirms *Bonime/Holster*, Appellant will voluntarily dismiss the present appeal with prejudice.

Dated: November 29, 2007

_____
TODD C. BANK
Attorney for Plaintiff-Appellant
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415
(718) 520-7125

_____
LAW OFFICES OF WILLIAM T. LAVELLE, P.C.
Attorney for Defendant-Respondent
57 East Main Street
Patchogue, New York 11772
(631) 475-0001

By: _Alice Goya_

SO ORDERED
_____
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _Stanley A. Bass_
Stanley A. Bass, Staff Counsel

Nov 30, 2007

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _Nadia Gajraj_
            DEPUTY CLERK